IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

BRIAN HART, )
 )
    **Plaintiff,** )
 )
v. ) Case No. 2:05-cv-02148
 )
INTERNATIONAL PAPER COMPANY, )
 )
    **Defendant.** )

---

## ~~PROPOSED~~ JOINT SCHEDULING ORDER

---

Pursuant to written notice, a scheduling conference was held on April 19, 2005. Present by telephone was Michael Latimore, counsel for plaintiff Brian Hart, and Nicole Marie Walthour, counsel for International Paper Company. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a)(1):**

The parties shall serve Initial Disclosures on or before May 2, 2005.

**JOINING PARTIES:** July 6, 2005

**AMENDING PLEADINGS:** July 6, 2005.

**INITIAL MOTIONS TO DIMSISS:** August 5, 2005

**COMPLETING ALL DISCOVERY:** January 6, 2006

    (a) **DOCUMENT PRODUCTION:** January 6, 2006

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** January 6, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

**(c)** **EXPERT WITNESS DISCLOSURE (Rule 26):**

  (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: November 6, 2005

  (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 6, 2005

  (3) **EXPERT WITNESS DEPOSITIONS**: January 14, 2005

**FILING DISPOSITIVE MOTIONS**: February 11, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or to her filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11 (a) (1) (A), all motions, except motions pursuant to Fed.R.Civ. p. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

DATE: April 21, 2004

Case 2:05-cv-02148-BBD-dkv   Document 5   Filed 04/21/05   Page 4 of 4   PageID 13
UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02148 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

Michael Latimore
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Nicole Marie Walthour
INTERNATIONAL PAPER CO
6400 Poplar Ave.
Memphis, TN 38197

Honorable Bernice Donald
US DISTRICT COURT